UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE



FILED
SEP 12 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:23-CR-111 |
| | ) | JUDGE Greer |
| SEAN WILLIAMS | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about January 20, 2009 in the Eastern District of Tennessee and elsewhere, the defendant, SEAN WILLIAMS, did knowingly employ, use, persuade, induce, entice, or coerce a minor, namely, K.C. or knowingly attempted to employ, use, persuade, induce, entice, or coerce, a minor, namely, K.C. to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and SEAN WILLIAMS, knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

[18 U.S.C. § 2251(a) and (e)]

### COUNT TWO

The Grand Jury further charges that on or about May 20, 2020 in the Eastern District of Tennessee and elsewhere, the defendant, SEAN WILLIAMS, did knowingly employ, use,

persuade, induce, entice, or coerce a minor, namely, W.S. or knowingly attempted to employ, use, persuade, induce, entice, or coerce, a minor, namely, W.S. to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and SEAN WILLIAMS, knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

[18 U.S.C. § 2251(a) and (e)]

## COUNT THREE

The Grand Jury further charges that on or about December 23, 2020 in the Eastern District of Tennessee and elsewhere, the defendant, SEAN WILLIAMS, did knowingly employ, use, persuade, induce, entice, or coerce a minor, namely, C.A. or knowingly attempted to employ, use, persuade, induce, entice, or coerce, a minor, namely, C.A. to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and SEAN WILLIAMS, knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

[18 U.S.C. § 2251(a) and (e)]

A TRUE BILL:

████████████████
FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

BY: _____
MEGHAN L. GOMEZ
Assistant United States Attorney