5263

# CRIMINAL CASE COVER SHEET



By: ☑INDICTMENT ☐SUPERSEDING Case Number: _____
☐INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐RULE 20

USA V. Sean Williams _____

☑Felony ☐Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐Misdemeanor *(Not class A)* ☐Petty Offense

Immigration Cases
☐Defendant is being added to existing criminal case ☐Zone A ☐Zone B
☐Charges/Counts Added

Name of Assigned AUSA: Meghan L. Gomez _____

Matter Sealed: ☑YES ☐NO Place of Offense: Washington County

☐Interpreter Required Language: _____

Issue: ☑WARRANT ☐SUMMONS ☐WRIT (Motion to be filed)

Arresting Agency: ☐DEA ☐ATF ☐USMS ☑FBI ☐Other: _____

Current Trial Date (if any): _____ before Judge _____

☐Criminal Complaint Filed Case Number: _____

☐Defendant on Supervised Release Case Number: _____

Related Case/Attorney:

Case Number 2:21-cr-27 Attorney Bryce Makenzie

Reason for Related Case Determination Same defendant

Defense Counsel (if any): Bryce Makenzie

☐Federal Defender ☑CJA ☐Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant 3 _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. 2251(a) and (e) | Coercion of minor to engage in sexually explicit conduct | Y | 1, 2, 3 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature s/Meghan L. Gomez _____

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. Sean Williams
_____

(Continued from Page 1)

|  | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |