UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:21-CR-27 |
| | ) | |
| | ) | 2:23-CR-111 |
| vs. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's counsel has filed Sealed Motions to Withdraw [Case 2:21-CR-27 Doc. 64; Case 2:23-CR-111 Doc. 19]. These motions are set for a hearing before the undersigned on **Thursday, December 21, 2023 at 2:00 p.m.** An arraignment on the Second Superseding Indictment [Doc. 66] returned against Defendant in Case 2:21-CR-27 will also be held at that time. Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge