UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:23-CR-111 |
| | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS | ) | |

NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for the United States. I certify that I am admitted to practice in this court.

Respectfully submitted, this the 12th day of March, 2024.

                                             FRANCIS M. HAMILTON III
                                             United States Attorney

By:   *s/ J. Gregory Bowman*
        J. GREGORY BOWMAN
        Assistant U.S. Attorney
        220 West Depot Street, Ste. 423
        Greeneville, TN 37743
        (423) 639-6759
        BPR# 017896
        Greg.Bowman@usdoj.gov