UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 2:23-CR-00111-JRG-CRW |
| | ) | | |
| SEAN CHRISTOPHER WILLIAMS | ) | | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Continue [Doc. 34]. A hearing on Defendant's motion to continue his other case is set for April 2, 2024, at 8:30 a.m. [Case No. 2:21-CR-00027, Doc. 85]. The parties are **ORDERED** to appear for argument on the instant motion at that same time.

So ordered.

ENTER.

                                                s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE