# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Motion Hearing

USA v  SEAN CHRISTOPHER WILLIAMS   Date: 04/02/24

Case No. CR-2-21-27 & CR-2-23-111   Time  8:28 a.m.  To 9:10 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

Plaintiff's Attorney(s)                Defendant's Attorney(s)

Meghan Gomez/Greg Bowman/Emily Swecker    Joseph McAfee

Motion hearing re:  **2:21-CR-27**

Oral arguments made.

MOTION to Change Venue by Sean Christopher Williams. [Doc. 83] – Ruling Reserved

MOTION to Continue by Sean Christopher Williams. [Doc. 84] - DENIED

Motion hearing re:  **2:23-CR-111**

MOTION to Continue by Sean Williams. [Doc. 34] – GRANTED

**Jury trial in case 2:23-CR-111 is continued until August 27, 2024.**

**ORDER TO ENTER**