UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA     )
     )
v.     )     No.     2:23-CR-00111-JRG-CRW
     )
SEAN CHRISTOPHER WILLIAMS     )

## ORDER

This matter is before the Court on Defendant's motion to continue trial and associated deadlines. [Doc. 34]. As grounds for the motion, Defendant contends that the defense has not yet been provided with access to digital evidence held in the custody of the FBI. [*Id.* ¶ 2]. According to Defendant, this evidence "consists of numerous digital files on USB drives, phones, hard drives, and laptops which are relevant to the trial of the case." [*Id.*]. At a hearing on the motion, the United States acknowledged that the digital evidence held in the custody of the FBI could contain exculpatory evidence, although the United States has no actual knowledge of such evidence.

For the reasons stated in Defendant's motion, the Court finds that a continuance will serve the ends of justice and outweigh the best interest of the public and Defendant in a speedy trial, and it will therefore qualify as excludable time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A). Accordingly, Defendant's motion is **GRANTED**. The trial is **RESET** to commence on **Tuesday, August 27, 2024, at 10:00 a.m.** at the James H. Quillen United States Courthouse in Greeneville, Tennessee in Courtroom 420 before the Honorable J. Ronnie Greer. All time between the filing of this Order and the new trial date is excludable time under the Speedy Trial Act. Defendant's pretrial motions are now due **July 5, 2024**, and the United States' responses are due **July 19, 2024**. The plea deadline is **August 13, 2024**. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

So ordered.

ENTER.

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE