UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 2:23-CR-00111-JRG-CRW |
| | ) | | |
| SEAN CHRISTOPHER WILLIAMS | ) | | |

### **ORDER**

This matter is before the Court on Defendant's letter requesting the appointment of new counsel. [Doc. 36]. The parties are **ORDERED** to appear for a hearing on the motion on Monday, April 8, 2024, at 12:00 p.m.

So ordered.

ENTER.

　　　　　　　　　　　　　　　　　　　　s/J. RONNIE GREER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE