**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE**

CRIMINAL MINUTES:   Miscellaneous Hearing

USA v   SEAN CHRISTOPHER WILLIAMS                    Date:   04/08/24

Case No.  CR-2-21-27 & CR-2-23-111   Time  12:12 p.m.   To 1:40 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Lisa Webb |
|---|---|
| Deputy Clerk | Court Reporter |

Plaintiff's Attorney(s)                    Defendant's Attorney(s)

Meghan Gomez/Greg Bowman/Emily Swecker        Joseph McAfee

Ex Parte Hearing held.

Sealed Supplements

**ORDER TO ENTER**