UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SITTING AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:23-CR-111 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| *Defendant.* | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE ASSOCIATED DOCUMENT UNDER SEAL**

Now comes Joseph O. McAfee, Counsel for the Defendant, Sean Christopher Williams, and hereby Moves for Leave to Withdraw as Counsel. In support, counsel submits the associated document and requests leave to file the associated document under seal.

A copy of this document shall be mailed to the Defendant at the Blount County Detention Center on this date.

**WHEREFORE**, Counsel Moves for Leave to Withdraw as Counsel for the Defendant.

*Respectfully Submitted*,

/s/ Joseph McAfee

Joseph O. McAfee, BPR #029291
McAfee & McAfee, PLLC.
127 South Main Street
Greeneville, TN 37743
Phone: (423) 638-7000
Fax: (423) 638-9999
Email: joseph@mcafeeattorneys.com

*Attorney for Defendant*