UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SITTING AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:23-CR-111 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| *Defendant.* | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Now comes Joseph O. McAfee, Counsel for the Defendant, Sean Christopher Williams, and hereby moves for leave to file the proposed document under seal.

*Respectfully Submitted*,

/s/ Joseph McAfee

---
Joseph O. McAfee, BPR #029291
McAfee & McAfee, PLLC.
127 South Main Street
Greeneville, TN 37743
Phone: (423) 638-7000
Fax: (423) 638-9999
Email: joseph@mcafeeattorneys.com

*Attorney for Defendant*