UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Nos. | 2:23-CR-00111-JRG-CRW |
| | ) | | 2:21-CR-00027-JRG-CRW |
| | ) | | |
| SEAN CHRISTOPHER WILLIAMS | ) | | |

### ORDER

This matter is before the Court on defense counsel's Motion to Withdraw as Attorney. [Doc. 46, No. 2:23-CR-00111; Doc. 98, No. 2:21-CR-00027]. The parties are **ORDERED** to appear before the Court for a hearing on the motion on Monday, April 29, 2024, at 3:30 p.m. The Defendant's presence is required.

Also before the Court is defense counsel's Motion for Leave to File Document Under Seal. [Doc. 47, No. 2:23-CR-00111; Doc. 99, No. 2:21-CR-00027]. The motion is **GRANTED**.

So ordered.

ENTER.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE