# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Motion Hearing

USA v **SEAN CHRISTOPHER WILLIAMS**　　　　Date: 04/29/24

Case No. CR-2-21-27 & CR-2-23-111　　Time 3:35 p.m. To 5:05 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Meghan Gomez/Greg Bowman | Joseph McAfee |

**MOTION HEARING/EXPARTE HEARING HELD:**

2:21-CR-27

MOTION to Withdraw as Attorney by Joseph McAfee. by Sean Christopher Williams. [Doc. 98] – GRANTED.

2:23-CR-111

MOTION to Withdraw as Attorney by Joseph McAfee. by Sean Williams. [Doc. 46] – GRANTED.

**ORDER TO ENTER**