**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

**UNITED STATES OF AMERICA**

v.                                    Case No.:     2:21-CR-0027
                                                                       2:23-CR-00111

**SEAN CHRISTOPHER WILLIAMS**

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

COMES NOW the Defendant by Counsel and moves this Honorable Court to file documents under seal. The proposed sealed document contains sensitive materials and will be submitted to this Court under separate cover.

                                                  RESPECTFULLY SUBMITTED:

BY:    */s/ Ilya I. Berenshteyn, Esquire*
            Ilya I. Berenshteyn, Esquire
            The Senter Law Firm, P.C.
            713 Volunteer Parkway, Suite 6
            Bristol, TN 37620
            423.764.5255
            423.764.5655 fax
            BPR No.: 026967

CERTIFICATE OF SERVICE

       I hereby certify that on June 16, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                    */s/ Ilya I. Berenshteyn, Esquire*