UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:23-CR-111 |
| vs. | ) | |
| | ) | |
| SEAN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Leave to File Document Under Seal [Doc. 53]. The Motion is **GRANTED,** and the Clerk is directed to file the Proposed Sealed Document [Doc. 54] under seal.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge