UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 2:23-CR-00111-1-JRG-CRW |
| | ) | 2:21-CR-00027-1-JRG-CRW |
| SEAN CHRISTOPER WILLIAMS | ) | |

**ORDER**

This matter is before the Court on Attorney Illa I. Berenshteyn's Motion to Declare Cases Unusually Complex and for Budget [Docs. 56 & 108]. The Court finds no basis to conclude, from Mr. Berenshteyn's motion or the record, that the charges of attempted escape and escape under 18 U.S.C. § 751(a) are unusually complex, so to the extent Mr. Berenshteyn moves the Court to declare Case Number 2:21-CR-00027 unusually complex, his motion is **DENIED**.

To the extent, however, he argues that Case Number 2:23-CR-00111, which is the case consisting of charges of sexual exploitation of a minor under 18 U.S.C. § 2251(a) and (e), is unusually complex, the Court will consider this argument further in a hearing. The parties are therefore **ORDERED** to appear before the Court for a hearing on Monday, July 1, 2024, at 1:30 p.m.

So ordered.

ENTER:

                                                                                                  s/J. RONNIE GREER
                                                                  UNITED STATES DISTRICT JUDGE