# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Motion Hearing

USA v   SEAN CHRISTOPHER WILLIAMS                Date:   07/01/24

Case No.   CR-2-21-27 & CR-2-23-111   Time   8:58 a.m.   To   10:02 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Meghan Gomez/Greg Bowman | Ilya Berenshteyn |

**MOTION HEARING/EXPARTE HEARING HELD:**

2:21-CR-27

2:23-CR-111

**ORDER TO ENTER**