UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 2:23-CR-00111-1-JRG-CRW |
| | ) | 2:21-CR-00027-1-JRG-CRW |
| SEAN CHRISTOPER WILLIAMS | ) | |

## **ORDER**

This matter is before the Court on Attorney Illa I. Berenshteyn's oral motion to withdraw. For the reasons the Court stated on the record at today's hearing, the motion is **DENIED**, and the trial date in Case Number 2:21-CR-00027-1 remains set for Tuesday, July 16, 2024, at 11:00 a.m. The Court, however, **EXTENDS** the plea deadline to Monday, July 8, 2024. The Court will not accept a plea agreement after this date.

So ordered.

ENTER:

                                                                       s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE