UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.  Case No.: 2:23-CR-00111

SEAN CHRISTOPHER WILLIAMS

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

**COMES NOW** the Defendant, Sean Christopher Williams, by counsel and moves this Honorable Court for an extension of time to file pretrial motion from July 5, 2024, to July 21, 2024, and in support whereof states as follows,

1. The current deadline to file any pertinent pretrial motions by the defense in this matter is set for July 5, 2024.

2. The Defendant is now set for a three-day jury trial in another unrelated matter (2:21-cr-0027). It would be virtually impossible to properly assess the case materials and discovery in this matter while properly preparing for a jury trial in about two weeks in another.

3. The AUSA, Meghan Gomez, has been contacted about the requested relief and has no objections.

WHEREFORE, premises considered the Defendant by counsel moves for an extension of time to file pretrial motion to July 21, 2024.

Respectfully Submitted,

BY: /s/ *Ilya I. Berenshteyn*
Ilya I. Berenshteyn
BPR No. 026967
The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6
Bristol, TN 37620
(423) 764-5255
(423) 764-5655 fax

CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or via email. Parties may access this filing through the Court's electronic filing system.

*/s/ Ilya I. Berenshteyn*