# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Motion Hearing

USA v SEAN CHRISTOPHER WILLIAMS  Date: 07/11/24

Case No. CR-2-21-27 & CR-2-23-111  Time 1:30 p.m. To 4:20 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Meghan Gomez/Greg Bowman | Ilya Berenshteyn |

**MOTIONS HEARING/EXPARTE HEARING HELD:**

2:21-CR-27 [Docs. 136 & 139]

2:23-CR-111 [Doc. 68]

**ORDER TO ENTER**