UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | 2:23-CR-111 |
| SEAN WILLIAMS, | ) |  |
| Defendant. | ) |  |

## **ORDER**

Before the Court is Defendant's Motion to Continue Deadline to File Pretrial Motions. [Doc. 64]. In the motion, Defendant asks that the pretrial motion deadline be extended to allow Defendant to assess case materials and discovery given that he is set for an upcoming three-day jury trial in another matter. The Motion states that counsel for the United States does not oppose the Motion. After careful consideration of the information in the Motion, the Court finds the Motion [Doc. 64] to be well-taken and it is **GRANTED.** Defendant shall have up to and including **Monday, July 22, 2024, at 8:00 a.m.** within which to file pre-trial motions. The United States shall have up to and including **Friday, July 26, 2024, at close of business**, within which to file a response. The extension of these deadlines shall have no impact on the trial date set in this matter.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge