UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-000111-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

### **ORDER**

The parties are **ORDERED** to appear before the Court for a status conference on Monday, August 5, 2024, at 11:30 a.m.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                 UNITED STATES DISTRICT JUDGE