UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.                                    Case No.:     2:23-CR-00111

SEAN CHRISTOPHER WILLIAMS

### MOTION TO CONTINUE TRIAL AND ALL OTHER DEADLINES

1. This case is scheduled for a trial for August 27, 2024, for at least a four-day trial.

2. The Defendant is representing himself with the help of the elbow counsel and an investigator.

3. On July 15, 2024, the computer expert previously appointed by this court advised the elbow counsel that he will not continue as an expert because the Defendant is representing himself. The computer expert has advised that he has not addressed anything nor reviewed anything.

4. On August 1, 2024, the elbow counsel arranged for a zoom meeting with a potential computer expert for the defense to substitute previously appointed expert by the Court.

5. After an extensive meeting on August 1, 2024, the potential expert advised the elbow counsel and the Defendant that his expertise would not cover the things the Defendant has inquired into.

6. It will take time to find a computer expert that is not only willing but is able to provide the necessary expertise for proper defense. The expert's opinions would need to be reviewed for the purposes of the trial.

7. The Defendant also has an extensive list of things that the court appointed investigator needs to acquire and that will take additional time.

8. It would be impossible to properly prepare a defense without a computer expert and the things the private investigator must acquire. It would be unfair for the Defendant to proceed otherwise.

WHEREFORE, premises considered the Defendant moves for the continuance of the trial.

> SEAN CHRISTOPEHR WILLIMAS
>
> /s/Sean Christopher Willimas, pro se
> Sean Christopher Willimas, Pro se
> 920 East Lamar Alexander Parkway
> Maryville, TN, 37804-5002

## CERTIFICATE

Sent via email from elbow counsel to grvlclerk@tned.uscourts.gov for filling and to meghan.gomez@usdoj.gov and emily.swecker@usdoj.gov on August 1, 2024.