## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:  Motion Hearing

USA v  SEAN CHRISTOPHER WILLIAMS                Date:  08/05/24

Case No.  CR-2-23-111

Time  11:32 a.m.  To  12:05 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Meghan Gomez/Emily Swecker | PRO SE |
|  | (Ilya Berenshteyn – Elbow) by phone |

**MOTIONS HEARING HELD:**

MOTION to Reset the Motion Deadline [Doc. 73]

MOTION to Continue [Doc. 76]

**ORDER TO ENTER**