UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.    Case No.: 2:23-CR-00111

SEAN CHRISTOPHER WILLIAMS

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

COMES NOW the court appointed elbow counsel and moves this Honorable Court to file documents under seal. The proposed sealed document contains sensitive materials and will be submitted to this Court under separate cover.

RESPECTFULLY SUBMITTED:

BY: /s/ Ilya I. Berenshteyn, Esquire
Ilya I. Berenshteyn, Esquire
The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6
Bristol, TN 37620
423.764.5255
423.764.5655 fax
BPR No.: 026967

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Ilya I. Berenshteyn, Esquire

Page 1 of 1