UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:23-CR-111 |
| SEAN WILLIAMS, | ) |
| Defendant. | ) |

## **ORDER**

An initial appearance on the Superseding Indictment [Doc. 100] issued in this matter shall be held before the undersigned on **Tuesday, September 24, 2024, at 1:15 p.m.** Defendant may waive personal appearance for arraignment on this indictment by filing a waiver in accordance with Federal Rule of Criminal Procedure 10(b) by **Monday, September 23, 2024**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge