UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CR-111 |
| | ) | |
| vs. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Defendant was scheduled to appear on September 24, 2024, before the undersigned for an initial appearance on the Superseding Indictment returned in this matter. Prior to the scheduled hearing time, Defendant filed a fully executed Waiver of Appearance at Arraignment on Superseding Indictment. [Doc. 106]. Given the waiver filed by Defendant the initial appearance set for September 24, 2024, is **CANCELED**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge