UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 2:23-CR-00111-1-JRG-CRW
)
SEAN CHRISTOPER WILLIAMS )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Continue Trial Date [Doc. 106]. In moving for a continuance of the trial date, the parties state that Defendant's attorney, Mark E. Brown, will be representing a defendant in the United States District Court for the District of Columbia in a trial scheduled to begin on Monday, October 28, 2024—the week after Defendant's trial, which is scheduled for Tuesday, October 22, 2024. [*Id.* at 1]. According to Mr. Brown, the United States District Court for the District of Columbia will not grant a continuance of the trial, prompting him to question whether he can properly prepare "for both trials." [*Id.*]. The parties, therefore, agree "to continue the above captioned trial" and jointly request a new trial date of Tuesday, November 12, 2024. [*Id.*].

A continuance of the trial date is necessary to allow Mr. Brown to fully prepare for Defendant's trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv) (requiring courts to consider whether the failure to grant a continuance "would deny counsel for the defendant . . . reasonable time necessary for effective preparation"). A continuance will serve the ends of justice and outweigh the best interest of the public and Defendant in a speedy trial, and it will therefore qualify as excludable time under the Speedy Trial Act. *Id.* § 3161(h)(7)(A). The trial date, which was scheduled for Tuesday, October 22, 2024, at 10:00 a.m., is therefore **RESET** for Tuesday, November 12, 2024, at 10:00 a.m. All time between the filing of this Order and the new trial date is excludable time under the Speedy Trial Act. All unexpired deadlines in the Court's

Scheduling Order [Doc. 89]—none of which the parties have moved to continue—remain unchanged.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
