# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:  Motion Hearing

USA v  SEAN WILLIAMS      Date: 10/15/24

Case No. CR-2-23-111

Time  11:32 a.m.  To  12:02 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
| Mark Brown | Emily Swecker/Meghan Gomez |

**MOTION HEARING HELD:** MOTION to Suppress *Evidence from April 29, 2023, Warrantless Search* [Document 104]

Proof offered.

Government:
Witness:   Charles Gooden, North Carolina Officer
Exhibits:  Govt – 1    Video
           Govt – 2    Photo
           Govt – 3    Photo
           Govt – 4    Photo
           Govt – 5    Photo
           Govt – 6    Photo
           Govt – 7    Photo
           Govt – 8    Photo
           Govt – 9    Photo

Defendant:  No proof offered

Oral arguments made.

**ORDER TO ENTER**