UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-00111-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

## **ORDER**

This matter is before the Court on the United States's Notice of Intent to Offer Evidence of Other Acts by the Defendant under Rule 404(b) of the Federal Rules of Evidence [Doc. 103], the United States's Notice of Intent to Admit Evidence of Defendant's Prior Child Molestation and Sexual Assault Offenses Pursuant to Federal Rules of Evidence 413 and 414 [Doc. 108], Defendant Sean Williams's Objection to and Motion in Limine to Exclude Evidence Disclosed as Part of the Government's Notice of Rule 404(b) Evidence [Doc. 114], and Mr. Williams's Objection to and Motion in Limine to Exclude Evidence as Part of the United States's Notice under Rule 413 and 414 [Doc. 115].

The Court has conducted an *in camera* review of the images and videos that the United States seeks to offer into evidence under Rules 404(b), 413, and 414. Based on the nature of the issues that most of these images and videos create under these rules, an evidentiary hearing and oral argument are necessary before the Court can make a pretrial determination as to their admissibility at trial. The Court will therefore hold an out-of-jury evidentiary hearing with the parties on either the afternoon of Tuesday, November 12, 2024, or the morning of Wednesday, November 13, 2024.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE