UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-00111-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

## ORDER

This matter is before the Court on the United States's Notice of Intent to Offer Evidence of Other Acts by the Defendant under Rule 404(b) of the Federal Rules of Evidence [Doc. 103], the United States's Notice of Intent to Admit Evidence of Defendant's Prior Child Molestation and Sexual Assault Offenses Pursuant to Federal Rules of Evidence 413 and 414 [Doc. 108], Defendant Sean Williams's Objection to and Motion in Limine to Exclude Evidence Disclosed as Part of the Government's Notice of Rule 404(b) Evidence [Doc. 114], and Mr. Williams's Objection to and Motion in Limine to Exclude Evidence as Part of the United States's Notice under Rule 413 and 414 [Doc. 115].

The parties are **ORDERED** to appear before the Court for an evidentiary hearing on the United States's notices on Tuesday, November 12, 2024, at 9:00 a.m. The *Lafler-Frye* hearing remains scheduled for Tuesday, November 12, 2024, at 9:00 a.m. as well. The trial is hereby **RESET** for Tuesday, November 12, 2024, at 1:30 p.m. (time change only).

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE