UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-CR-00111-1-JRG-CRW |
| | ) | |
| SEAN CHRISTOPER WILLIAMS | ) | |

**ORDER**

For administrative purposes, the term of service for the jurors who sat in this matter, including the alternate jurors, is hereby extended until May 31, 2025.

So ordered.

ENTER:

                                              s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE