UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:21-CR-27, 23-CR-111 |
| vs. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ON REIMBURSEMENT

The undersigned has conducted a thorough inquiry into Defendant's finances and found

him to be able to contribute to the cost of his defense in *USA v. Williams*, Case No. 2:21-CR-27

and *USA v. Williams*, Case No. 2:23-CR-111. In both matters, Defendant has been provided

court-appointed counsel pursuant to the Criminal Justice Act. 18 U.S.C. § 3006A(b). The Court

has been informed that the Defendant, Sean Williams, as the purported sole owner of Glass and

Concrete Contracting, LLC, has an interest in $78,660.76 being held by the Washington County

Chancery Court Clerk, pending final resolution of *Kenneth Clark Hood, Substitute Trustee for*

*Renasant Bank v. Sean Williams, Glass and Concrete Contracting, LLC, and Alunda Gail*

*Rutherford*, Case No. 23-CV-0029.

For reasons stated in an ex parte and sealed Memorandum Opinion and Order, the Court

finds that Defendant's entire interest in the funds on deposit with the Washington Chancery

Court should be paid into the registry of the United States District Court for the Eastern District

of Tennessee, at which time a final hearing will be held regarding the disposition of those funds.

*See* 18 U.S.C. § 3006A(f). The Court hereby orders that at such time as the Washington County

Chancery Court has determined what portion of the funds at issue are payable to Defendant, all such funds are to be remitted by the Washington County Chancery Court directly to the Clerk of Court for the United States District Court for the Eastern District of Tennessee at 220 West Depot Street, Suite 200, Greeneville, Tennessee 37743.

To facilitate the execution of this Order, the Clerk's Office for the United States District Court for the Eastern District of Tennessee ("U.S. District Court Clerk") is hereby directed to remit a certified copy of this Order to the Washington County Register of Deeds Office for filing along with the required filing fee, with the fee to be paid in accordance with the United States District Court for the Eastern District of Tennessee's policy for remitting such fees. Once the certified copy has been filed with the Register of Deeds office and a copy reflecting that filing has been received by the U.S. District Court Clerk, the Clerk shall transmit a copy of the Order along with a transmittal letter to the Clerk and Master for the Washington County Chancery Court.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge