# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *SENTENCING*

USA vs **SEAN CHRISTOPHER WILLIAMS**     Date: February 24, 2025

Case No. 2:21-CR-27 & 2:23-CR-111     Time 9:01 a.m.   to 10:25 a.m.

Honorable **J., Ronnie Greer**, U.S. District Judge, Presiding

| Leah Kingry | Karen Bradley | M. Gomez/E. Swecker |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Assist. U.S. Attorney** |

**Defendant**  
Sean Christopher Williams

**Defense Attorney**  
Mark E. Brown

Jennifer N. Joseph  
**Probation Officer**

- [✓] **Defendant given opportunity to speak and** [✓] speaks  [ ] declined to speak
- [ ] **Govt. Motion:**  [ ] granted  [ ] denied
- [✓] **Defense Motion: Variance**  [ ] granted  [✓] denied
- [ ] **Govt. moves for third point reduction for acceptance of responsibility**  [ ] granted  [ ] denied
- [✓] **COURT PRONOUNCES JUDGMENT:**

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months as to Count Two of Docket Number 2:21CR00027 and 360 months as to each of Counts One, Two, and Three of Docket Number 2:23CR00111. All counts shall be served **consecutively** and the sentence imposed in each case shall be served **consecutively** for a net effective sentence of **1140 months** imprisonment. This sentence shall be served consecutively to United States District Court, Western District of North Carolina Docket Numbers 1:23CR61-MR-WCM-1 and 1:23CR83-MR-WCM-1. This sentence shall also run consecutive to any charge alleging rape of any of the alleged victims of rape that may be later be returned by a Washington County grand jury. This sentence to be served concurrently with Washington County Criminal Court Docket Numbers 49570, 49571, and 49572. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years as to Count Two of Docket Number 2:21CR00027, and a term of Life as to each of Counts One, Two, and Three of Docket Number 2:23CR00111. All terms of supervised release shall run concurrently for a net term of **Life.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.

- [✓] **Special Assessment:** $400.00
- [✓] **Fine:**  [✓] waived  [ ] due
- [✓] **Restitution:** $8,026.09 in 2:21-cr-27-001
- [ ] **Joint/Several:**

☑ **Interest on Restitution:** ☐ due ☑ waived

☑ **Court Recommends:**

The Court will recommend the defendant participate in the Bureau of Prisons' Sex Offender Treatment Program. The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institute Residential Drug Abuse Treatment Program. The Court will recommend the defendant receive a physical health evaluation and a mental health evaluation and needed treatment while in the custody of the Bureau of Prisons. In addition, the Court will recommend that the defendant be afforded a full range of educational and vocational programs offered by the Bureau of Prisons. Lastly, the Court will recommend the defendant be designated to the BOP facility at Elkton, OH.

☑ **Placed in custody of U.S. Marshal**

☐ **Defendant to self-report upon notice of the U.S. Marshal**

☐ **Defendant to remain released on current bond and conditions**